IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>KSHEMAL H. DESAI, SNEHABEN P. PATEL,<br><br>                    Defendants. | 4:13CR3111<br><br>MEMORANDUM AND ORDER |

Defendant Snehaben P. Patel has moved to continue the trial currently set for November 4, 2013. (Filing No. 21). As explained in the motion, the government and defendant Snehaben P. Patel are currently engaged in negotiations for resolving this case. The motion to continue is unopposed by the government. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Snehaben P. Patel's motion to continue, (filing no. 21), is granted.

2) **As to both defendants**, the trial of this case is continued pending further order of the court.

3) A status conference will be held at 11:00 a.m. on December 3, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting.

4) Based upon the showing set forth in the defendant Snehaben P. Patel's motion, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, **as to both defendants**, the time between today's date and December 3, 2013, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

October 28, 2013.                               BY THE COURT:
                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge