IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>KSHEMAL H. DESAI, SNEHABEN P. PATEL,<br><br>    Defendants. | 4:13CR3111<br><br>**ORDER** |

  The defendants will be participating in pretrial diversion. The parties therefore move to continue the progression and trial of this case. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

1)  The parties' motion to continue is granted, and the trial of this case is continued pending further order of the court.

2)  The court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 2, 2014, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3)  A status conference will be held before the undersigned magistrate judge on December 2, 2014 at 10:00 a.m. Unless the court later orders otherwise, the defendants may, but need not attend the status conference. If the defendants attend, the status conference will be held in Courtroom 2, Federal Building,100 Centennial Mall North, Lincoln, Nebraska. If the defendants do not attend, the status conference will be held in chambers.

December 4, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge