IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3111 |
| vs. | ORDER |
| KSHEMAL H. DESAI and SNEHABEN P. PATEL, | |
| Defendants. | |

This matter is before the Court on the plaintiff's motions for dismissal (filings 28 and 29). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice.

IT IS ORDERED:

1. The status conference set for December 2, 2014 is canceled.

2. The plaintiff's motions to dismiss (filings 28 and 29) are granted.

3. This case is dismissed without prejudice.

Dated this 20th day of November, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge